IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-30158

Summary Calendar
_____

RODNEY C. CURRY,

Plaintiff-Appellant,

versus

WARDEN MUNGONA, St. Tammany Parish Jail, ET AL.,

Defendants,

WARDEN MUNGOVAN, incorrectly named as Warden
Mungona in pleading; SAMUEL RAINEY, Lieutenant;
MIKE BURNS, Deputy,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-CV-3120-I
_____

August 28, 1997

Before KING, HIGGINBOTHAM, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Rodney C. Curry, Louisiana inmate #180222, appeals the judgment for the defendants in his suit under 28 U.S.C. § 1983. According to Curry, the defendants were deliberately indifferent to his medical needs after he broke his nose in a fight with an inmate while awaiting trial.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After a hearing, a magistrate judge recommended dismissing the complaint, and the district court adopted this recommendation. We cannot find clear error in the lower courts' holding that the defendant prison officials did not show subjective deliberate indifference to Curry's medical needs. See Hare v. City of Corinth, 74 F.3d 633 (5th Cir. 1996) (en banc).

AFFIRMED.